Patricia R. Cannon, Plaintiff-Appellee, v. Richard S. Cannon, Defendant-Appellant.

Gen. No. 9,904. 

██ Vaught, Robinson & Foreman, for appellant; Roberts & Kepner, for appellee. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full. Opinion filed August 20, 1953; released for publication September 8, 1953.